GATES, O'DOHERTY, GONTER & GUY, LLP
15635 Alton Parkway, Suite 260
Irvine, California 92618
Telephone: (949) 753-0255
Facsimile: (949) 753-0265

JS-6

Attorney: MATTHEW M. PROUDFOOT, SBN: 155988

Attorney for Defendant, CHRYSLER GROUP LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURENDAL HUYNH and HANHI HUYNH,<br><br>           Plaintiffs,<br><br>vs.<br><br>CHRYSLER GROUP LLC, and DOE 1 through DOE 10 inclusive,<br><br>           Defendants. | Case No.: SACV10-00285 JVS(ANx)<br><br>**ORDER TO REMAND TO STATE COURT** |

**O R D E R**

Pursuant to the Stipulation to Remand to State Court executed by the parties, it is hereby **ORDERED** that this action is remanded to Superior Court of California, County of Orange.

Dated: July 01, 2010

*[signature]*

HONORABLE JUDGE JAMES V. SELNA

1

**ORDER TO REMAND TO STATE COURT**